UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA GILMER, | CASE NO. C19-0792-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SYMETRA LIFE INSURANCE HEALTH AND WELFARE PLAN, *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. This case was scheduled for a status conference on Tuesday, June 25, 2019 at 9:00 a.m. (Dkt. No. 7.) Defendants' counsel failed to appear at the status conference. Counsel is hereby ORDERED to show cause why he should not be sanctioned for failing to appear. Counsel MUST RESPOND to this order by Friday, June 28, 2019.

DATED this 25th day of June 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
