THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA GILMER, | CASE NO. C19-0792-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SYMETRA LIFE INSURANCE HEALTH AND WELFARE PLAN, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' counsel's declaration (Dkt. No. 14) in response to the Court's order to show cause dated June 25, 2019 (Dkt. No. 13). Having reviewed the declaration, the Court declines to impose sanctions on Defendants' counsel. The Court hereby ORDERS the parties to appear at a status conference on July 30, 2019 at 9:00 a.m. for the purpose of scheduling a trial date and setting related deadlines.

DATED this 27th day of June 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0792-JCC
PAGE - 1