THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA GILMER, | CASE NO. C19-0792-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SYMETRA LIFE INSURANCE HEALTH AND WELFARE PLAN; SYMETRA LIFE INSURANCE COMPANY; *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding the case schedule (Dkt. No. 16). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1. Dispositive motions shall be filed no later than September 12, 2019 and noted for October 4, 2019;
2. Responses shall be filed no later than September 30, 2019,
3. Any replies shall be filed no later than October 4, 2019; and
4. The status conference scheduled for July 30, 2019 is VACATED.

MINUTE ORDER
C19-0792-JCC
PAGE - 1

DATED this 22nd day of July 2019.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk

MINUTE ORDER
C19-0792-JCC
PAGE - 2