THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA GILMER, | CASE NO. C19-0792-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SYMETRA LIFE INSURANCE HEALTH AND WELFARE PLAN, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the briefing schedule (Dkt. No. 22). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1. Dispositive motions shall be filed no later than October 10, 2019 and noted for the Court's consideration on November 1, 2019;
2. Responses shall be filed no later than October 28, 2019; and
3. Any replies shall be filed no later than November 1, 2019.

//

//

MINUTE ORDER
C19-0792-JCC
PAGE - 1

1 DATED this 3rd day of September 2019.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C19-0792-JCC
PAGE - 2