UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA GILMER, | CASE NO. C19-0792-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SYMETRA LIFE INSURANCE HEALTH AND WELFARE PLAN *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' second stipulated motion to continue the briefing schedule. (Dkt. No. 24.) Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1. Dispositive motions shall be filed no later than October 31, 2019 and noted for the Court's consideration on November 22, 2019;
2. Responses shall be filed no later than November 18, 2019; and
3. Any replies shall be filed no later than November 22, 2019.

//

//

1       DATED this 24th day of September 2019.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk

MINUTE ORDER  
C19-0792-JCC  
PAGE - 2