THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA GILMER, | CASE NO. C19-0792-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SYMETRA LIFE INSURANCE HEALTH AND WELFARE PLAN *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation of dismissal (Dkt. No. 26). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 2nd day of October 2019

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
